# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MARCOS LOPEZ,

        Plaintiff,

v.

STATE OF NEVADA, et al,

        Defendants.

Case No. 2:20-cv-00416-RFB-NJK

**ORDER TO PRODUCE MARCOS LOPEZ, #1074796**

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and BRIAN E. WILLIAMS, SR., WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **MARCOS LOPEZ, #1074796,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **MARCOS LOPEZ, #1074796,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Wednesday, March 11, 2020, at the hour of **11:30** AM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **MARCOS LOPEZ, #1074796,** is released and discharged by the said Court; and that

said **MARCOS LOPEZ, #1074796**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 28th day of February, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**