**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARCOS LOPEZ,<br><br>                      Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.,*<br><br>                      Defendant(s). | Case No. 2:20-cv-00416-RFB-NJK<br><br>**ORDER VACATING INMATE EARLY MEDIATION** |

The order setting an inmate early mediation in this matter was issued in error, as a *pro bono* attorney has not been identified for Plaintiff. *See* Docket No. 24 at 13. Accordingly, the order at Docket No. 27 is STRICKEN and the inmate early mediation is VACATED. A further order will issue in the future setting a mediation at an appropriate juncture. This case is stayed in the interim until three days after the inmate early mediation ultimately takes place.

IT IS SO ORDERED.

DATED: December 16, 2020

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE