**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARCOS LOPEZ, | Case No. 2:20-cv-00416-RFB-NJK |
| Plaintiff, | **ORDER EXTENDING STAY** |
| v. | |
| STATE OF NEVADA, *et al.,* | |
| Defendants. | |

Concurrently herewith, the Court is issuing an order scheduling the inmate early mediation for March 19, 2021.  Accordingly, the stay in this case is **EXTENDED** to March 22, 2021.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

The report from the Attorney General's Office is also due by March 22, 2021.

**IT IS SO ORDERED.**

DATED:  January 28, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE