# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCOS LOPEZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　　　Defendants, | Case No. 2:20-cv-00416-RFB-NJK<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Johnathan, RN at HDSP, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants Johnathan, RN at HDSP.

DATED this 25th day of June, 2021.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**