# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCOS LOPEZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendant(s). | Case No. 2:20-cv-00416-RFB-NJK<br><br>**Order**<br><br>[Docket No. 52] |

Pending before the Court is an unopposed motion to stay.  Docket No. 52.  For good cause shown, the motion is **GRANTED** and this matter is **STAYED** until May 11, 2022.  Plaintiff must file a status report by May 18, 2022.

IT IS SO ORDERED.

Dated: February 11, 2022

                                                                                                  _____
                                                                                                  Nancy J. Koppe
                                                                                                  United States Magistrate Judge