# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCOS LOPEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00416-RFB-NJK<br><br>**Order** |

On February 11, 2022, the Court stayed discovery for 90 days while Plaintiff's counsel attempted to reestablish communication with Plaintiff. Docket No. 53. Plaintiff has now filed a status report indicating that communication has been reestablished. Docket No. 56. Accordingly, the stay is **LIFTED**. No later than May 25, 2022, the parties must file a joint proposed schedule to advance this case through discovery and to the merits phase.

    IT IS SO ORDERED.

    Dated: May 18, 2022

                                                                                                _____<br>
                                                                                         Nancy J. Koppe<br>
                                                                                         United States Magistrate Judge