1  CLARK HILL PLLC
   PAOLA M. ARMENI
2  Nevada Bar No. 8357
   Email: parmeni@clarkhill.com
3  3800 Howard Hughes Pkwy., #500
   Las Vegas, Nevada 89169
4  Tel:  (702) 862-8300
   Fax: (702) 862-8400
5  *Attorney for Plaintiff, Marcos Lopez*
   *In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*
6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9  MARCOS LOPEZ,                          CASE NO. 2:20-cv-00416-RFB-NJK

10                 Plaintiff,

11 vs.
                                          **STIPULATION AND ORDER TO**
12 STATE OF NEVADA, EX. REL., NEVADA      **EXTEND DEADLINE TO FILE JOINT**
   DEPT OF CORRECTIONS, et al.,           **PROPOSED SCHEDULE**
13                                        **(First Request)**

14                 Defendants.

15        Plaintiff Marcos Lopez, by and through his counsel, Paola M. Armeni, Esq., of the law

16 firm of Clark Hill PLLC, and Defendant State of Nevada, Ex Rel., Nevada Department of

17 Corrections, et al., by and through their counsel, Dawn R. Jensen, Esq. of the Attorney General's

18 Office, hereby stipulate to extend the current deadline to file a Joint Proposed Schedule,

19 currently due May 25, 2022, ordered by this Honorable Court on May 18, 2022 [Dkt 57], by

20 thirty (30) days, up to and including June 24, 2022.

21 //

22

23 //

24

25 //

26

27 //

28

                                            1

1         The parties are actively working to resolve this matter and believe additional time will

2    allow this to occur.  Further, if the deadline is extended, this will conserve judicial resources as

3    well as the time and expense of drafting a document that may no longer be needed.  This request

4    is made in good faith and not for the purposes of delay.

5    Dated this 19th day of May 2022.     Dated this 19th day of May 2022.

6    /s/ *Paola M. Armeni, Esq.*     */s/ Dawn R. Jensen, Esq.*

7    _____  _____
     Paola M. Armeni, Esq.     Dawn R. Jensen, Esq.

8    Nevada Bar No. 8357     Nevada Bar No. 10933
     **CLARK HILL PLLC**     **OFFICE OF THE ATTORNEY GENERAL**

9    3800 Howard Hughes Pkwy., #500     555 E. Washington Ave., Ste. 3900
     Las Vegas, Nevada 89169     Las Vegas, Nevada 89101

10   *Attorney for Plaintiff Marcos Lopez*     *Attorneys for Defendants*

11

12

13     IT IS SO ORDERED:

14     Dated:  May 20, 2022

15

16   _____
        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28