CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorney for Plaintiff, Marcos Lopez*
*In conjunction with Legal Aid Center of Southern Nevada Pro Bono Project*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCOS LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, EX. REL., NEVADA DEPT OF CORRECTIONS, et al.,<br><br>Defendants. | CASE NO. 2:20-cv-00416-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED SCHEDULE**<br>**(Second Request)** |

Plaintiff Marcos Lopez, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLLC, and Defendant State of Nevada, Ex Rel., Nevada Department of Corrections, et al., by and through their counsel, Dawn R. Jensen, Esq. of the Attorney General's Office, hereby stipulate to extend the current deadline to file a Joint Proposed Schedule, currently due July 1, 2022, ordered by this Honorable Court on May 20, 2022 [Dkt 60] to July 29, 2022.

//

//

//

//

1

ClarkHill\99991\418707\267706595.v1-6/29/22

The matter has been resolved; however, conditions of the resolution are not yet complete. The parties anticipate filing a Stipulation to Dismiss the Case in the next thirty days. The request to extend the deadline will conserve judicial resources as well as the time and expense of drafting a document that may no longer be needed. This request is made in good faith and not for the purposes of delay.

Dated this 29th day of June 2022.                          Dated this 29th day of June 2022.

/s/ *Paola M. Armeni, Esq.*                                    */s/ Dawn R. Jensen, Esq.*

_____          _____
Paola M. Armeni, Esq.                                              Dawn R. Jensen, Esq.
Nevada Bar No. 8357                                              Nevada Bar No. 10933
**CLARK HILL PLLC**                                              **OFFICE OF THE ATTORNEY GENERAL**
3800 Howard Hughes Pkwy., #500                         555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89169                                       Las Vegas, Nevada 89101
*Attorney for Plaintiff Marcos Lopez*                      *Attorneys for Defendants*

IT IS SO ORDERED:

Dated:  June 30, 2022

Dismissal papers must be filed by August 1, 2022.

_____
United States Magistrate Judge

ClarkHill\99991\418707\267706595.v1-6/29/22

2