AARON D. FORD
Attorney General
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Monique Hubbard Pickett,
Bob Faulkner, Jessie Brightwell, Francis Moka,
Bryant Vaughn, Charles Daniels, and Michael Minev*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCOS LOPEZ, | Case No. 2:20-cv-00416-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Plaintiff, Marcos Lopez, by and through Paola Armeni, Esq., Appointed Pro Bono Counsel and Defendants, Monique Hubbard-Pickett, Bob Faulkner, Jessie Brightwell, Francis Moka, Bryant Vaughn, Charles Daniels, and Michael Minev, by and through counsel, Aaron D. Ford, Nevada Attorney General, Dawn R. Jensen, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate, pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///

Page 1 of 2

Parties further hereby stipulate and agree that each party is to bear their own costs.

DATED this 23rd day of May, 2022.                    DATED this 6th day of May, 2022. July

AARON D. FORD
Attorney General

_____          By: _____
PAOLA M. ARMENI, Bar No. 8357              DAWN R. JENSEN, Bar No. 10933
Clark Hill LLP                                              Deputy Attorney General
3800 Howard Hughes Parkway Ste. 500    Attorneys for Defendants
Las Vegas, Nevada 89169
Appointed Pro Bono Counsel for
Plaintiff MARCOS LOPEZ

## ORDER

IT IS SO ORDERED. This matter is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the case.

_____
**RICHARD E. BOULWARE, II**
**United States District Court**
DATED this 6th day of July, 2022.